STATE of Missouri, Respondent,

v.

Lamar JEFFERSON, Appellant.

No. WD 34673.

Missouri Court of Appeals,
Western District.

Sept. 11, 1984.

Motion for Rehearing and/or Transfer
to Supreme Court Overruled
and Denied Oct. 30, 1984.

Application to Transfer Denied
Dec. 18, 1984.

James W. Fletcher, Public Defender,
Sean D. O'Brien, Asst. Public Defender,
Kansas City, for appellant.

John Ashcroft, Atty. Gen., Michael H.
Finkelstein, Asst. Atty. Gen., Jefferson
City, for respondent.

Before DIXON, P.J., and SHANGLER
and SOMERVILLE, JJ.

ORDER

PER CURIAM:

Appeal from judgment of the Circuit
Court of Jackson County, of conviction of
second-degree robbery, Section 569.030,
RSMo 1978.

Affirmed. Rule 30.25(b).